No. 74–765.  GULF OIL CORP. *v.* LEHRMAN.   C. A. 5th Cir.  Certiorari denied.

No. 74–770.  CELANESE CORP. *v.* ATELIERS ROANNAIS DE CONSTRUCTIONS TEXTILES ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 74–785.  EVES ET UX. *v.* FORD MOTOR CO. ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 74–788.  ADDRISI *v.* EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 74–790.  SCHMITT *v.* INDIANA.  Ct. App. Ind.  Certiorari denied.

No. 74–791.  SIBLEY *v.* HORN ADVERTISING, INC.  Ct. Civ. App. Tex.  Certiorari denied.

No. 74–792.  CIURUS ET AL. *v.* NEW, TREASURER OF INDIANA.  C. A. 7th Cir.  Certiorari denied.

No. 74–796.  WOODSTOCK, INC. *v.* KARRIS.  App. Ct. Ill., 1st Dist.  Certiorari denied.

No. 74–797.  ATCHISON, TOPEKA & SANTA FE RAILWAY CO. *v.* BENCHCRAFT, INC., ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 74–798.  LITTLESTONE CO. ET AL. *v.* COUNTY OF COOK ET AL.  App. Ct. Ill., 1st Dist.  Certiorari denied.

No. 74–803.  YATZOR *v.* ALLEN ET AL.  C. A. 3d Cir.  Certiorari denied.